**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 27 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   16-30119 |
| Plaintiff-Appellee, | D.C. No. 3:05-cr-05431-RBL |
| v. | |
| JERMAINE D. HENDERSON, a.k.a. Moet, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Ronald B. Leighton, District Judge, Presiding

Submitted October 23, 2017**

Before:    McKEOWN, WATFORD, and FRIEDLAND, Circuit Judges.

Jermaine D. Henderson appeals from the revocation of supervised release

and the 36-month sentence imposed upon revocation.  Pursuant to *Anders v.

California*, 386 U.S. 738 (1967), Henderson's counsel has filed a brief stating that

there are no grounds for relief, along with a motion to withdraw as counsel of

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

record. We have provided Henderson the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal. Accordingly, we affirm the revocation and sentence.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**